# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTIAN BARRERA, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | Case No. 8:21-cv-02122-CJC-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO TRANSFER THE ACTION TO THE EASTERN DISTRICT OF CALIFORNIA**<br><br>Complaint Filed: November 12, 2021 |

Considering plaintiff Cristian Barrera and defendant Amazon.com Services, LLC's joint stipulation to transfer the action to the Eastern District of California (Dkt. 23),

IT IS ORDERED that this action is TRANSFERRED to the Eastern District of California. 28 U.S.C. § 1404(a); LR 7-1. Defendant shall have up to and including seven days after the action has been transferred to the Eastern District of California to respond to Plaintiff's complaint. This order does not affect Defendant's ability to file a motion or other responsive pleading in response to the complaint.

Dated: February 1, 2022

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE